**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Cyrus Jonathan GEORGE,
Defendant–Appellant.**

No. 03–6408.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

Cyrus Jonathan George, Appellant Pro Se. Thomas Edward Johnston, United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Cyrus Jonathan George appeals the district court's order granting in part and denying in part his motion to alter or amend his sentence. We have independently reviewed the record and find no

claims raised for first time on appeal will not be considered absent exceptional circumstances).

reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. George,* No. CR–90–78 (N.D.W.Va. Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*